1 | Christopher J. Fry, Esq. (SBN: 298874)
   Email: cfry@frylawcorp.com
2 | FRY LAW CORPORATION
3 | 4227 Sunrise Blvd., Ste. 200
   Fair Oaks, CA 95628-7026
4 | Telephone: (916) 291-0700
   Facsimile: (916) 848-0256
5 |
   Attorneys for Plaintiff,
6 | **ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCATION, INC.**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCATION, INC., | **CASE NO.:** 3:25-cv-07658-PHK |
|---|---|
| Plaintiff, | **STIPULATION ALLOWING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| PARALLEL DOMAIN, INC. | |
| Defendant. | |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff, ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC. ("Plaintiff"), and Defendant PARALLEL DOMAIN, INC. ("Defendant") (collectively, "Parties"), do hereby stipulate and agree to the following:

WHEREAS, on September 9, 2025, Plaintiff initiated the above-captioned action ("Action") by filing the Complaint (ECF No. 1);

WHEREAS, all parties have been served and/or have appeared;

WHEREAS, Fed. R. Civ. P. 15(a)(2) permits a party to amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREAS, the Parties have agreed to stipulate to allow Plaintiff to file an amended complaint within ten (10) days of notice of entry of this order; and,

WHEREAS, the Parties have agreed that Defendant shall have the later of the current deadline December 18, 2025 or fourteen (14) days after service to file a response to said amended complaint.

THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff shall be allowed to file a second amended complaint within ten (10) days of notice of entry of this order; and,

2. Defendant shall have up the later of the current deadline December 18, 2025 or fourteen (14) days after service to file a response to said amended complaint.

SO STIPULATED.

DATED: November 4, 2025         Respectfully submitted,

**FRY LAW CORPORATION**

By: _____
Christopher J. Fry, Esq.
*Attorney for Plaintiff*

///
///

---

**STIPULATION**
1

DATED: November 4, 2025     Respectfully submitted,

**MORRISON & FOERSTER, LLP**

By: /s/Timothy Chen Saulsbury_____
Timothy Chen Saulsbury, Esq.
*Attorney for Defendant*

### ECF SIGNATURE ATTESTATION

In accordance with Local Rule 501, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

DATED: November 4, 2025     Respectfully submitted,

**FRY LAW CORPORATION**

By: _____
Christopher J. Fry, Esq.
*Attorney for Plaintiff*

**ORDER**

GOOD CAUSE showing, it is ORDERED that the STIPULATION is APPROVED.

1. Plaintiff shall be allowed to file the amended complaint within ten (10) days of notice of entry of this order; and,

2. Defendant shall have up to and including December 18, 2025, or 14 days after the amended complaint is filed to file a response to said amended complaint.

SO ORDERED:

DATED: _____11/19/2025_____

_____
HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that on November 4, 2025, I caused a copy of the foregoing document

3 to be filed with the Clerk of the Court using CM/ECF which will send notification of such filing

4 to all counsel of record.

5

6

7

8 _____
Christopher J. Fry

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28